**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Konrad Torzewski

                                          Plaintiff,

v.                                                         Case No.: 1:18−cv−04266
                                                                 Honorable Edmond E. Chang

COSCO Shipping Lines North America, Inc.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 4, 2019:

      MINUTE entry before the Honorable Edmond E. Chang:Status hearing held. Counsel reported that the parties have agreed to private mediation. By 11/25/2019, the parties shall file a joint status report which identifies the mediator and the scheduled date of the mediation (which the parties anticipate will be in 12/2019). The pending motions are continued until 01/07/2020. Status hearing set for 01/07/2020 at 9:30 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.