**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KONRAD TORZEWSKI, an Individual, | ) | Case No.: 1:18-cv-4266 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Edmond E. Chang |
| v. | ) | |
| | ) | |
| COSCO SHIPPING LINES NORTH | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MEDIATION STATUS REPORT**

Pursuant to the Court's January 6, 2020 Order (Dkt. #93), the parties hereby advise the Court that they resolved the case during the January 14, 2020 mediation. The parties suggest that the current status conference of January 23, 2020 be continued for 30 days, and subsequently stricken if the parties file a stipulation of dismissal before the new status date.

Respectfully submitted,

KONRAD TORZEWSKI

By: /s/Michael J. Merrick
    Attorney For Plaintiff

Merrick Law Firm LLC
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
Tel. (312) 269-9299
Fax (312) 269-0800
merrick@merricklawfirm.com
Attorney No. 6229849

Jessica Fayerman, Attorney No. 06286140
Fayerman Law, LLC
900 Chicago Avenue, Suite 104
Evanston, Illinois 60202
Tel. (312) 622-0232
jfayerman@fayermanlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he filed the foregoing document on the ECF system which sent a copy to the following counsel of record via email on January 17, 2020:

Andrew Kopon Jr.;

Colette L. Kopon

Daniel W. Meyerson

/s/Michael J. Merrick